UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 09-cv-22680-COOKE/BANDSTRA

NICOLE MICHELLE DEFONTES,           WRIT OF HABEAS CORPUS

    *Plaintiff,*

v.

WARDEN JOHN T. RATHMAN, *et al.,*

    *Defendants*.
_____/

To:    The United States Marshal,
        Southern District of Florida, and

        Warden, Miami Federal Detention Center
        Miami, FL

    IT APPEARING TO THE COURT that the Plaintiff in the above-entitled case, NICOLE MICHELLE DEFONTES (Reg. No. 24876-056), is confined at the Federal Detention Center, Miami, FL, and that this case is set for hearing regarding Plaintiff's Motion to Expedite Consideration of Counts 1 and 6 of the Petition for Writ of Habeas Corpus at <u>1:30 p.m., Wednesday, October 7, 2009</u>, and that it is necessary for this Plaintiff to be before this Court for said proceeding;

    NOW, THEREFORE, this is to command you, the United States Marshal for the Southern District of Florida, that you have the body of NICOLE MICHELLE DEFONTES (Reg. No. 24876-056), now detained in custody as aforesaid, under safe and secure conduct, before this Court at the United States Courthouse, 400 North Miami Avenue, Courtroom 11-2, Miami, Florida 33128, by or before <u>1:30 p.m., Wednesday, October 7, 2009</u>, for hearing on the previously described action pending before the Court in this cause, and upon completion of said proceeding that you return the Plaintiff with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

    AND THIS IS TO COMMAND YOU, the Warden of the Federal Detention Center,

Miami, FL, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this Writ, the body of the the Plaintiff, NICOLE MICHELLE DEFONTES (Reg. No. 24876-056), for safe and secure conduct to this District for the purpose aforesaid.

**DONE AND ORDERED**, in Miami, Florida, this 21st day of September 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies to:
*Counsel of Record*
*Warden, FDC Miami (certified)*
*U.S. Marshals Service (3 certified)*