UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-22680-CIV-COOKE

NICOLE MICHELLE DEFONTES,

       Petitioner,

vs.

JOHN T. RATHMAN, Warden Federal
Detention Center Miami, CARLOS RODRIGUEZ,
Community Corrections Manager for the Southern
District of Florida, HARLEY LAPPIN, Director
Bureau of Prisons,

       Respondents.
_____/

## ORDER FOLLOWING OCTOBER 7, 2009 HEARING

THIS MATTER is before me following the hearing held on October 7, 2009. I have considered the facts and circumstances of this case, the arguments made by the parties, and the relevant legal authority. Accordingly, I hereby

**ORDER AND ADJUDGE** that:

1. Effective October 7, 2009, **NICOLE MICHELLE DEFONTES** shall be released from the custody of the Bureau of Prisons and the Salvation Army Residential Reentry Center in West Palm Beach and be immediately placed on supervised release by the United States Probation Office in accordance with the terms and conditions of her judgment and commitment order in *United States v. Nicole Defontes*, Case No: 04-CR-130-1-BO, United States District Court for the Eastern District of North Carolina (March 15, 2005).

2. **NICOLE MICHELLE DEFONTES** shall report immediately to the United States Probation Office to begin her term of supervised release.

3. Until further order of this Court, **NICOLE MICHELLE DEFONTES** is on curfew from 11:00 pm to 6:00 am at her father's home located at 8505 S.W. Sea Captain Drive, Stuart, Florida 34997.

4. This Court retains jurisdiction to determine Petitioner's final custodial status, and related matters.

**DONE AND ORDERED** in Miami, Florida, this 8th day of October 2009.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*